# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, NE<br>Washington, DC 20549<br><br>                   Plaintiff,<br><br>v.<br><br>DAVID M. HURLEY,<br><br>                   Defendant. | Civil No. 1:05CV01306 (JR)<br><br><br><br>JOINT MOTION<br>FOR ENTRY OF<br>FINAL JUDGMENT |

      The Plaintiff, Securities and Exchange Commission, and the defendant, David M. Hurley, jointly move for the entry of the attached Final Judgment of Permanent Injunction and Other Relief which has been agreed to by the parties. We support the motion with a brief and the proposed form of judgment.

_____  
William Michael, Jr.  
Dorsey & Whitney  
Suite 1500  
50 South Sixth Street  
Minneapolis, MN 55402-1498  
Office (612) 492-6753  
Mobile (612) 201-3539  

_____  
Donald Dowie  
Securities and Exchange Commission  
100 F Street, NE  
Washington, D.C. 20549-4010  
(202) 551-4471  
Fax (202) 77204926  
email: dowied@sec.gov