UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, NE<br>Washington, DC 20549<br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID M. HURLEY,<br><br>　　　　　　　　　　　Defendant. | Civil No. 1:05CV01306 (JR)<br><br>**BRIEF IN<br>SUPPORT OF<br>JOINT MOTION<br>FOR ENTRY OF<br>FINAL JUDGMENT** |

　　　　The Plaintiff, Securities and Exchange Commission, and the defendant, David M. Hurley, have jointly moved for the entry of the attached Final Judgment of Permanent Injunction and Other Relief which has been agreed to by the parties. Previously, defendant Hurley had consented to entry of an interlocutory judgment in this civil enforcement action which included a permanent injunction against securities law violations and a bar which prevents Hurley from acting as an officer or director of any public company. Consent, Docket No. 2. In that Consent, Hurley also agreed that the amount of the civil penalty against him would be presented to the Court at a later time in the form of a final judgment. *Id.* At the time of the Consent's filing, Hurley was a defendant in a parallel criminal case in North Carolina. *United States v. Hurley*, No. 05-cr-00249 (W.D.N.C.). Because of that ongoing criminal action, the parties agreed to wait until its conclusion, including Hurley's sentencing, before finalizing the terms of the civil penalty.

Now that the criminal case is complete, the parties have agreed to a $50,000 civil penalty. In accordance with that agreement, we present the attached Final Judgment which includes the penalty. On this basis, we respectfully request that the Final Judgment be entered in this matter.

_____
William Michael, Jr.
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498
Office (612) 492-6753
Mobile (612) 201-3539

_____
Donald Dowie
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4010
(202) 551-4471
Fax (202) 77204926
email: dowied@sec.gov